IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WALTER JAMES                                                                                    PLAINTIFF

v.                        NO. 3:20-cv-00173 BRW-PSH

ANDREW SAUL, Commissioner of                                              DEFENDANT
the Social Security Administration

## ORDER

Plaintiff Walter James has filed a pleading that the Clerk of the Court has construed as a motion for leave to proceed in forma pauperis. See Docket Entry 1. The Court has reviewed the motion and finds that it should be, and is, granted. Plaintiff may proceed without the prepayment of fees or costs or the giving of security. The Clerk of the Court shall issue summons to plaintiff, and plaintiff shall serve the appropriate parties.

IT IS SO ORDERED this 29th day of June, 2020.

_____
UNITED STATES MAGISTRATE JUDGE