IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WALTER JAMES                                                                                  PLAINTIFF

v.                          NO. 3:20-cv-00173 PSH

ANDREW SAUL, Commissioner of                                                      DEFENDANT
the Social Security Administration

## ORDER

The Commissioner of the Social Security Administration ("Commissioner") has filed the pending unopposed motion to reverse and remand. See Docket Entry 14. In the motion, he asks the Court to reverse and remand this case for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. 405(g).

For good cause shown, the motion to reverse and remand is granted. This case is remanded in accordance with the terms outlined by the Commissioner. The remand in this case is a "sentence four" remand. See Melkonyan v. Sullivan, 501 U.S. 89 (1991). The dismissal of this case is without prejudice to plaintiff Walter James' subsequent filing of a motion

for attorney's fees and expenses pursuant to the Equal Access to Justice Act. A separate judgment will be entered pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED this 8th day of February, 2021.

_____
UNITED STATES MAGISTRATE JUDGE