IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION


WALTER JAMES                                                          PLAINTIFF


v.                              NO. 3:20-cv-00173 PSH


ANDREW SAUL, Commissioner of                             DEFENDANT
the Social Security Administration


## JUDGMENT


Pursuant to the Order entered this day, judgment is entered for plaintiff Walter James.

IT IS SO ORDERED this 8th day of February, 2021.


_____
UNITED STATES MAGISTRATE JUDGE