**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**WALTER JAMES**                                                              **PLAINTIFF**

**v.**                              **NO. 3:20-cv-00173 PSH**

**ANDREW SAUL, Commissioner of**                             **DEFENDANT**
**the Social Security Administration**

## ORDER

    Plaintiff Walter James ("James") has filed the pending motion for an award of attorney's fees and other expenses under the provisions of the Equal Access to Justice Act. See Docket Entry 17. In the motion, he seeks attorney's fees in the amount of $3,490.40 and expenses in the amount of $20.07, or a total amount of $3,510.47. The Commissioner of the Social Security Administration ("Commissioner") has no objection to James' motion.

    The Court has reviewed the motion for an award of attorney's fees and expenses and finds nothing unreasonable about the hours of work performed, the hourly rate, or the expenses incurred. The motion is granted, and attorney's fees and expenses in the total amount of $3,510.47

are awarded James. Because the award belongs to James and not his attorney, <u>see</u> <u>Astrue v. Ratliff</u>, 560 U.S. 586 (2010), the Department of Treasury shall issue payment of this award by check made payable to James, in care of his attorney, Stephanie Bartels Wallace ("Wallace"), and shall mail the check to Wallace at her Jonesboro, Arkansas, address.

IT IS SO ORDERED this 13th day of April, 2021.

_____

UNITED STATES MAGISTRATE JUDGE